The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| E.O., C.R., and C.O.,<br><br>Plaintiffs,<br>v.<br><br>LOREN K. MILLER, *et al.*,<br><br>Defendants. | Case No. 2:26-cv-01542-MLP<br><br>STIPULATED MOTION AND ~~[PROPOSED]~~ ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>Noted for Consideration:<br>July 10, 2026 |

The Parties, through undersigned counsel, stipulate and request the Court extend the deadline for the filing of Defendants' answer or other responsive pleading to Plaintiffs' Complaint until July 27, 2026. Defendants' response to the complaint is currently due July 13, 2026. USCIS recently approved the Forms I-765 that are at issue, but Plaintiffs have not yet received their physical cards in the mail. The parties seek an extension to permit Plaintiffs to receive those cards and ensure there are no errors before moving to dismiss the case.



**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**SO STIPULATED.**

DATED this 10th day of July, 2026

Respectfully submitted,

*s/ James C. Strong*
JAMES C. STRONG, WSBA No. 59151
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: james.strong@usdoj.gov

*Attorney for Defendants*

*I certify that this memorandum contains 87 words, in compliance with the Local Civil Rules.*

*s/ Devin T. Theriot-Orr*
DEVIN T. THERIOT-ORR, WSBA #33995
OPEN SKY LAW PLLC
20415 72nd Ave S Ste 400
Kent, WA 98032
Phone: 206-962-5052
Email: devin@opensky.law

*Attorney for Plaintiff*

**~~[PROPOSED]~~ ORDER**

It is hereby **ORDERED** that the parties' motion is GRANTED. Defendants shall file an Answer or otherwise respond to the Complaint by July 27, 2026.

DATED this 10th day of July, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge



**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970